**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1758**

CAROL EVERHART,

        Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Charles B. Day, Magistrate Judge. (8:11-cv-02155-CBD)

Submitted:  May 23, 2014              Decided:  June 3, 2014

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carol Everhart, Appellant Pro Se.  Gerard J. Stief, Associate General Counsel, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Everhart appeals the magistrate judge's order of judgment for the Defendant in accordance with the jury's verdict in her civil action.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. See <u>Everhart v. Wash. Metro. Area Transit Auth.</u>, No. 8:11-cv-02155-CBD (D. Md. filed May 22, 2013; entered May 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to proceeding before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

2